### Ex parte JESS L. MAYNARD.

No. A-7750. Opinion Filed March 15, 1930.
(287 Pac. 1117.)

W. B. Wall, for petitioner.

J. Berry King, Atty. Gen., for respondent.

EDWARDS, P. J. This is an original proceeding in habeas corpus to be let to bail, presented upon the petition and a transcript of the testimony taken in the preliminary. The Attorney General of the state concedes that petitioner is entitled to bail, and the county attorney has filed a written stipulation agreeing that the amount of bail may be $5,000. The petitioner is admitted to bail, and the same is fixed in the sum of $5,000; sureties to be approved by the court clerk of Sequoyah county.

DAVENPORT and CHAPPELL, JJ., concur.